IN THE SUPREME COURT OF TEXAS

 No. 08-0633

 IN RE BEIRNE, MAYNARD & PARSONS, L.L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed August 8, 2008, is
granted. The Amended Order to Conduct Audit dated April 29, 2008, in
Cause No. 06-0343, styled Beirne, Maynard & Parsons v. Riverstone Claims
Management, LLC. and TIG Insurance Company, individually and as successor
in interest to Transamerica Insurance Company and Transamerica Insurance
Company of Texas, in the 71st District Court of Harrison County, Texas, is
stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., August 25, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 13, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk